*Messrs. Canning & Geagan,* for Respondent.

No. 4,718.—OTTO C. HOGE, APPELLANT, *v.* ALBERT HAMA-CHEK ET AL., RESPONDENTS.

*Appeal from Fergus County; Jack Briscoe, Judge.*

Decided March 17, 1922.

PER CURIAM.—This cause coming on for hearing and the court being informed that the appeal has been abandoned, it is now here ordered and adjudged that the judgment of the court below made on the fifteenth day of June, 1920, be and it is hereby affirmed at the cost of the appellant.

*Mr. Charles J. Marshall* and *Mr. O. W. Belden,* for Appellant.